FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___mp___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| REDAMES ROLON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　Defendant(s). | No. CV 07-5231-PA (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that Defendant's motion for summary judgment is granted and this case is dismissed with prejudice.

DATED: November 19, 2008

　　　　　　　　　　　　　　　　/s/ Percy Anderson
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE